# EXHIBIT A

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, SPINE PLLC, SUMMIT MEDICAL GROUP, PLLC, SUMMIT PHYSICIANS GROUP, PLLC, GETTER DONE TRANSPORTATION, LLC, and KEVIN T. CRAWFORD, DO, PC,

Plaintiffs,

vs.

MAURICE LITTLE,

Defendant.

Case No. 18-014385-CK
Hon: John H. Gillis

PAUL J. WHITING III (P61570)
STEVEN M. BRAUN (P79461)
WHITING LAW
Attorneys for Plaintiff
26300 Northwestern Hwy, Ste. 301
Southfield, MI 48076
(248)355-5900/(248)355-5901
steven.braun@844whiting.com
paul.whiting@844whiting.com

**PLAINTIFFS' SECOND AMENDED COMPLAINT**

**NOW COMES** Plaintiffs, SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, SPINE PLLC, SUMMIT MEDICAL GROUP, PLLC, SUMMIT PHYSICIANS GROUP, PLLC, GETTER DONE TRANSPORTATION, LLC, KEVIN T. CRAWFORD DO, PC, (hereinafter collectively "Plaintiffs") by and through their attorneys, WHITING LAW, and for their Complaint against Defendant, MAURICE LITTLE, state as follows:

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

## JURISDICTIONAL ALLEGATIONS

1. Plaintiff, Southeast Michigan Surgical Hospital, LLC (hereinafter "SEMSH"), is a Michigan limited liability corporation, doing business in the County of Macomb, State of Michigan.

2. Plaintiff, Spine PLLC (hereinafter "Spine"), is a Michigan professional limited liability corporation, doing business in the County of Oakland, State of Michigan.

3. Plaintiff, Summit Medical Group, PLLC (hereinafter "SMG"), is a Michigan professional limited liability corporation, doing business in the County of Wayne, State of Michigan.

4. Plaintiff, Summit Physicians Group, PLLC (hereinafter "SPG"), is a Michigan professional limited liability corporation, doing business in the County of Wayne, State of Michigan.

5. Plaintiff, Getter Done Transportation, LLC (hereinafter "GTD"), is a Michigan limited liability corporation, doing business in the County of Oakland, State of Michigan.

6. Plaintiff, Kevin T. Crawford, DO, PC (hereinafter "CRAWFORD"), is a Michigan professional corporation, doing business in the County of Wayne, State of Michigan.

7. Defendant, Maurice Little (hereinafter "Defendant") is believed to be a resident of the City of Davenport, County of Scott, State of Iowa.

8. Plaintiffs Southeast Michigan Surgical Hospital, LLC, Spine PLLC, Summit Medical Group, PLLC, Summit Physicians Group, PLLC, and Dr. Kevin T. Crawford, DO, PC are health care providers who provided care, treatment, and/or services to Defendant.

9. Furthermore, Plaintiff Getter Done Transportation, LLC, is a transportation provider who provided medical transportation to Defendant.

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

10. That the amount in controversy is in excess of Twenty-Five Thousand Dollars ($25,000.00) and within the jurisdiction of this Court.

## GENERAL ALLEGATIONS

11. Plaintiffs reincorporate and reallege paragraphs 1 through 10 as if fully set forth herein.

12. That on or about October 2, 2015, Defendant was involved in a serious motor vehicle accident wherein he sustained injuries that required medical care from Plaintiffs.

13. That as a result of that motor vehicle accident Defendant became entitled to Michigan No Fault benefits to pay for his care, recovery and rehabilitation.

14. That Non-Party Farm Bureau was the insurance company to pay for Defendant's medical care arising out of said motor vehicle accident.

15. That Non-Party Farm Bureau refused to pay for Defendant's No-Fault benefits necessitating Defendant to file a lawsuit against Non-Party Farm Bureau.

16. That on the eve of trial in that matter, Defendant and Non-Party Farm Bureau settled the claim with Non-Party Farm Bureau agreeing to defend and indemnify Defendant from Plaintiffs claims (***Exhibit 1* — Release Executed by Defendant**):

> IT IS FURTHER EXPRESSLY AGREED that Farm Bureau will defend and indemnify **Maurice Little** from any and all claims, judgments, and liens asserted against **Maurice Little** by any healthcare or other medical provider, or any other person or entity, including but not limited to, Medicare and/or Medicaid, the Centers for Medicare and Medicaid Services, and the Medicare or Medicaid Secondary Payer Contractors and/or their agents, affiliates, or assignees, for any unpaid bills, invoices, or expenses of any type emanating from the injuries and claims made by **Maurice Little** in connection with the aforementioned accident and that were or could have been brought in the above referenced lawsuit.

17. That there is no dispute that Plaintiffs provided the claimed services to Defendant and that these services were for his care, recovery and rehabilitation resulting from injuries he

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

suffered in the motor vehicle accident. (***Exhibit 2*** **— Affidavit of Maurice Little Signed 4/20/18**).

18. That there is no dispute that Defendant received and acknowledges liability for each of Plaintiffs' attached bills. (***Exhibit*** **2 — Affidavit of Maurice Little Signed 4/20/18 and** ***Exhibits 3A through 3F*** **— Billing Statements of Plaintiffs**).

19. That Non-Party Farm Bureau is aware of Plaintiffs bills and has refused to pay said bills.

20. That Defendant has not paid any of the incurred bills from any Plaintiff.

**COUNT I –**
**PLAINTIFF SEMSH CLAIM AGAINST DEFENDANT**

21. Plaintiff "SEMSH" reincorporates and realleges paragraphs 1 through 20 as if fully set forth herein.

22. Plaintiff "SEMSH" rendered and provided care, treatment, and/or services to Defendant and for which Defendant acknowledges the aforementioned care, treatment, and services were provided relating to his motor-vehicle accident injuries to his neck, back, shoulder, knee, and hip. (***Exhibit*** **2 — Affidavit of Maurice Little Signed 4/20/18**).

23. That the services rendered by Plaintiff were reasonably necessary for Defendant's care, recovery or rehabilitation.

24. That Plaintiff "SEMSH" has incurred $544,369.64 in medical bills for services rendered to Defendant. (***Exhibit 3A*** **— Billing Statement of SEMSH**).

25. That Defendant has failed to pay Plaintiff "SEMSH" for the services it rendered.

26. That Plaintiff "SEMSH" is entitled to a judgement against Defendant in the amount of $544,369.64, plus interest and attorney fees. (***Exhibit 3A*** **— Billing Statement of SEMSH**).

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

**COUNT II –**
**PLAINTIFF SPINE CLAIM AGAINST DEFENDANT**

27. Plaintiff "SPINE" reincorporates and realleges paragraphs 1 through 26 as if fully set forth herein.

28. Plaintiff "SPINE" rendered and provided care, treatment, and/or services to Defendant and for which Defendant acknowledges the aforementioned care, treatment, and services were provided relating to his motor-vehicle accident injuries to his neck, back, shoulder, knee, and hip. (***Exhibit* 2 — Affidavit of Maurice Little Signed 4/20/18**).

29. That the services rendered by Plaintiff were reasonably necessary for Defendant's care, recovery or rehabilitation.

30. That Plaintiff "SPINE" has incurred $372,904.00 in medical bills for services rendered to Defendant. (***Exhibit 3B* — Billing Statement of SPINE**).

31. That Defendant has failed to pay Plaintiff "SPINE" for the services it rendered.

32. That Plaintiff "SPINE" is entitled to a judgement against Defendant in the amount of $372,904.00, plus interest and attorney fees. (***Exhibit 3B* — Billing Statement of SPINE**).

**COUNT III –**
**PLAINTIFF SMG CLAIM AGAINST DEFENDANT**

33. Plaintiff "SMG" reincorporates and realleges paragraphs 1 through 32 as if fully set forth herein.

34. Plaintiff "SMG" rendered and provided care, treatment, and/or services to Defendant and for which Defendant acknowledges the aforementioned care, treatment, and services were provided relating to his motor-vehicle accident injuries to his neck, back, shoulder, knee, and hip. (***Exhibit* 2 — Affidavit of Maurice Little Signed 4/20/18**).

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

35. That the services rendered by Plaintiff were reasonably necessary for Defendant's care, recovery or rehabilitation.

36. That Plaintiff "SMG" has incurred $270.00 in medical bills for services rendered to Defendant. (***Exhibit 3C* — Billing Statement of SMG**).

37. That Defendant has failed to pay Plaintiff "SMG" for the services it rendered.

38. That Plaintiff "SMG" is entitled to a judgement against Defendant in the amount of $270.00, plus interest and attorney fees. (***Exhibit 3C* — Billing Statement of SMG**).

**COUNT IV –**
**PLAINTIFF SPG CLAIM AGAINST DEFENDANT**

39. Plaintiff "SPG" reincorporates and realleges paragraphs 1 through 38 as if fully set forth herein.

40. Plaintiff "SPG" rendered and provided care, treatment, and/or services to Defendant and for which Defendant acknowledges the aforementioned care, treatment, and services were provided relating to his motor-vehicle accident injuries to his neck, back, shoulder, knee, and hip. (***Exhibit* 2 — Affidavit of Maurice Little Signed 4/20/18**).

41. That the services rendered by Plaintiff were reasonably necessary for Defendant's care, recovery or rehabilitation.

42. That Plaintiff "SPG" has incurred $138,306.50 in medical bills for services rendered to Defendant. (***Exhibit 3D* — Billing Statement of SPG**).

43. That Defendant has failed to pay Plaintiff "SPG" for the services it rendered.

44. That Plaintiff "SPG" is entitled to a judgement against Defendant in the amount of $138,306.50, plus interest and attorney fees. (***Exhibit 3D* — Billing Statement of SPG**).

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

**COUNT V –**
**PLAINTIFF GTD CLAIM AGAINST DEFENDANT**

45. Plaintiff "GTD" reincorporates and realleges paragraphs 1 through 44 as if fully set forth herein.

46. Plaintiff "GTD" provided transportation services to Defendant and for which Defendant acknowledges the need for transportation was the direct result of his motor-vehicle accident injuries to his neck, back, shoulder, knee, and hip. (***Exhibit* 2 — Affidavit of Maurice Little Signed 4/20/18**).

47. That the services rendered by Plaintiff were reasonably necessary for Defendant's care, recovery or rehabilitation.

48. That Plaintiff "GTD" has incurred $$7,455.00 in transportation bills for services rendered to Defendant. (***Exhibit 3E* — Billing Statement of GTD**).

49. That Defendant has failed to pay Plaintiff "GTD" for the services it rendered.

50. That Plaintiff "GTD" is entitled to a judgement against Defendant in the amount of $7,455.00, plus interest and attorney fees. (***Exhibit 3E* — Billing Statement of GTD**).

**COUNT IV –**
**PLAINTIFF CRAWFORD CLAIM AGAINST DEFENDANT**

51. Plaintiff "CRAWFORD" reincorporates and realleges paragraphs 1 through 50 as if fully set forth herein.

52. Plaintiff "CRAWFORD" rendered and provided care, treatment, and/or services to Defendant and for which Defendant acknowledges the aforementioned care, treatment, and services were provided relating to his motor-vehicle accident injuries to his neck, back, shoulder, knee, and hip. (***Exhibit* 2 — Affidavit of Maurice Little Signed 4/20/18**).

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

53. That the services rendered by Plaintiff were reasonably necessary for Defendant's care, recovery or rehabilitation.

54. That Plaintiff "CRAWFORD" has incurred $12,566.00 in medical bills for services rendered to Defendant. (***Exhibit 3F* — Billing Statement of CRAWFORD**).

55. That Defendant has failed to pay Plaintiff "CRAWFORD" for the services it rendered.

56. That Plaintiff "CRAWFORD" is entitled to a judgement against Defendant in the amount of $12,566.00 plus interest and attorney fees. (***Exhibit 3F* — Billing Statement of CRAWFORD**).

**WHEREFORE**, Plaintiffs pray for a Judgment against the Defendant, for the medical expenses that have been incurred, as applicable, in an amount in excess of **$1,075,871.14**, together with costs and attorney fees so wrongfully sustained and interest to the date of judgment.

Respectfully Submitted,

PAUL J. WHITING III (P61570)
STEVEN M. BRAUN (P79461)
Attorneys for Plaintiff
26300 Northwestern Hwy, Ste. 301
Southfield, MI 48076
(248)355-5900/(248)355-5901–Fax
steven.braun@844whiting.com

Dated: November 8, 2018

18-014385-CK   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   11/13/2018 10:48 AM   Susan Dixson

# Exhibit 1

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

# SETTLEMENT AGREEMENT AND RELEASE

IT BEING THE INTENT of the parties hereto that certain claims for No-Fault Benefits be fully and finally resolved by this instrument, the claimant, **Maurice Little**, subscribes as follows:

I, **Maurice Little**, for the sole consideration of **THIRTY-FIVE THOUSAND AND 00/100 ($35,000.00) DOLLARS**, to me in hand paid, receipt of which is hereby acknowledged do hereby for myself and for my heirs, executors, administrators, and assigns, release, acquit, and forever discharge FARM BUREAU INSURANCE COMPANY (hereinafter "Farm Bureau"), its officers, employees, agents, or lawyers, from all claims, damages, demands, or causes of action, incurred by or on behalf of **Maurice Little,** including but not limited to:

1. All claims for past, present, and future allowable expenses incurred because of the subject accident, which occurred on February 14, 2015, and is the subject of *Maurice Little v Farm Bureau*, Case No. 16-001973-NF, in the Wayne County Circuit Court;

2. All claims for past, present, and future Wage Loss incurred because of the subject accident, which occurred on February 14, 2015;

2. All claims for past, present, and future Household Replacement Services incurred because of the subject accident, which occurred on February 14, 2015;

3. All claims for past, present, and future Attendant Care Services incurred because of the subject accident, which occurred on February 14, 2015;

4. All claims for past, present, and future medical expenses incurred because of the subject accident, which occurred on February 14, 2015;

5. Any and all interest charges as provided under the No-Fault Statute (MCL 500.3101, et seq.);

6. Any and all interest charges as provided by the Revised Judicature Act, MCL 600.101, et seq.; and

7. Any and all reasonable attorney fees that may be owed to the attorneys for **Maurice Little** as provided by the No-Fault Statute, MCL 500.3101, et seq., as a consequence of the representation of **Maurice Little**;

I have represented that the injuries sustained are permanent and progressive, and that recovery therefrom is uncertain and indefinite, and in making this Settlement Agreement and Release, it is understood and agreed that I rely wholly upon my own judgment, belief, and knowledge of the nature, extent, and duration of said injuries and damages and that no representations or statements regarding said injuries and damages or regarding any other matters made by the persons, firms, or corporations who are hereby released, or any person or persons representing them or by any physician or surgeon by them employed, has influenced me to any extent whatsoever in making this Release.

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

IT IS FURTHER EXPRESSLY AGREED that Farm Bureau will defend and indemnify **Maurice Little** from any and all claims, judgments, and liens asserted against **Maurice Little** by any healthcare or other medical provider, or any other person or entity, including but not limited to, Medicare and/or Medicaid, the Centers for Medicare and Medicaid Services, and the Medicare or Medicaid Secondary Payer Contractors and/or their agents, affiliates, or assignees, for any unpaid bills, invoices, or expenses of any type emanating from the injuries and claims made by **Maurice Little** in connection with the aforementioned accident and that were or could have been brought in the above referenced lawsuit.

IT IS FURTHER UNDERSTOOD that no promise, inducement or agreement not herein expressed has been made to the undersigned, and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not a mere recital.

IT IS AGREED that this settlement is a compromise of a doubtful and disputed claim or claims and that any payment or payments made hereunder are not to be construed as an admission of liability or indebtedness on the part of Farm Bureau, by whom all liability or indebtedness is expressly denied. No terms or conditions contained with any check or draft tendered in satisfaction hereof shall modify, alter or expand the terms and conditions of this Release.

IT IS FURTHER AGREED that if any medical provider with whom I sought treatment in connection with the above-referenced accident files suit against **Maurice Little**, he will waive any potential conflict of interest and will allow Farm Bureau to appoint counsel of its choosing to represent him, and will fully cooperate with that counsel and actively participate in defense of the action(s).

IT IS FURTHER AGREED that **Maurice Little** will sign an authorization allowing Farm Bureau, its employees, and attorneys, to publicly discuss his case and to release to others all documents related to his case, including but not limited to medical records and deposition transcripts.

All agreements and understandings between the parties hereto are embodied and expressed herein and the terms of this Settlement Agreement and Release are contractual and not a mere recital. **I HAVE READ THE FOREGOING SETTLEMENT AGREEMENT AND RELEASE AND FULLY UNDERSTAND IT.**

**The terms of this release and settlement shall remain private and confidential, and shall not be disclosed to individuals or entities, other than agents or representatives of the parties hereto, without prior authorization from Farm Bureau.**

IN WITNESS HEREOF, I have set my hand and seal this 20th day of April, 2018.

IN THE PRESENCE OF: Michael J. McNamara

WITNESS

Maurice Little

**MAURICE LITTLE**

Subscribed and sworn to before me this 20th day of April, 2018.

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

Notary Public, County of
My Commission Expires: 2/7/2024

DEBRA LEAPHEART
Notary Public, State of Michigan
County of Wayne
My Commission Expires 02-07-2024
Acting in the County of Wayne

18-014385-CK   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   11/13/2018 10:48 AM   Susan Dixson

# Exhibit 2

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

**AFFIDAVIT OF MAURICE LITTLE**

I, Maurice Little, hereby state and affirm the following to be true under the penalty of perjury:

1. On February 14, 2015, I was a restrained rear seat passenger traveling on I-94 when we were rear-ended by a semi-truck totaling the vehicle.

2. That as a result of said motor vehicle accident I suffered injuries to my neck, back, shoulder, hip and other areas throughout my body that required medical treatment.

3. That for these injuries I sought medical treatment from the following medical facilities and/or medical providers:

    a. St. Joseph Mercy Hospital;
    b. Dr. Kevin Crawford;
    c. Dr. Jankowski;
    d. Summit Medical Group and its physicians;
    e. Summit Physicians Group, PLLC;
    f. ORA Orthopedics;
    g. Anesthesia Associations of Ann Arbor;
    h. Oakwood Healthcare Group;
    i. Drs. Harris, Birkhill, PC;
    j. Getter Done Medical Transportation;
    k. Auto RX;
    l. Detroit Bio Medical Laboratories;
    m. Radeas LLC;
    n. Expertus Laboratories, Inc.;
    o. Lab Geeks, LLC;
    p. Geriatric Care Associates, PLLC.;
    q. Mainwaring Pathology Group, PC.;
    r. Guardian Anesthesia Services, LLC.;
    s. Oakwood Annapolis Hospital;
    t. Oakwood Ambulatory, LLC;
    u. Regents of University of Michigan;
    v. OHI Physician Network;
    w. University of Michigan Health System;
    x. Spine PLLC and Dr. Jeffery Wingate;
    y. Southeast Michigan Surgical Hospital;

4. That both Medicare and Medicaid have paid medical expenses that were incurred as a result of medical treatment related to the injuries I sustained in the motor vehicle accident.

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

5. That the medical treatment I received for my neck, back, shoulder, knee and hip, including but not limited to diagnostic testing, medication, injections, multiple surgeries, physical therapy, etc., were related to and necessary for my care, recovery and rehabilitation for injuries arising out of the motor vehicle accident.

6. That I acknowledge I received medical bills from each of the medical providers enumerated in paragraph #3 above.

7. That I acknowledge that I incurred all of the medical treatment provided by each medical provider enumerated in paragraph #3 above.

8. That I do not contest that I am solely responsible for payment of all the medical treatment provided by each of the medical providers enumerated in paragraph #3.

9. That I acknowledge that I testified in the matter of Maurice Little v. Farm Bureau and affirm that my testimony was and remains true and accurate.

I, Maurice Little, hereby swear and attest that the above is true and accurate.

Maurice Little 4-20-18

Maurice Little Date

18-014385-CK   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   11/13/2018 10:48 AM   Susan Dixson

# Exhibit 3A

18-014385-CK FILED IN MY OFFICE WAYNE COUNTY CLERK 11/13/2018 10:48 AM Cathy M. Garrett Susan Dixson

1 SOUTHEAST MI SURG HOSP
21230 DEQUINDRE ROAD
WARREN MI 480912279
5864271000 5867590237

3a PAT. CNTL # SMAE1702
b. MED. REC. # M000115016
4 TYPE OF BILL 0111
5 FED. TAX NO. 13 4257646
6 STATEMENT COVERS PERIOD FROM 100516 THROUGH 100816

8 PATIENT NAME b LITTLE MAURICE
9 PATIENT ADDRESS a 1459 ANDREA ST b YPSILANTI c MI d 48198

| 10 BIRTHDATE | 11 SEX | 12 ADMISSION DATE | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 CONDITION CODES |
|---|---|---|---|---|---|---|---|---|
| 08151964 | M | 100516 | 08 | 3 | 1 | 08 | 02 | C5 |

| 39 VALUE CODES CODE | AMOUNT | 40 VALUE CODES CODE | AMOUNT |
|---|---|---|---|
| a 80 | 3 00 | A3 | 191744 52 |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0120 | ROOM BOARD SEMI | | | 3 | 4500 00 | |
| 0250 | PHARMACY | | | 114 | 1604 96 | |
| 0270 | MED SUR SUPPLIES | | | 12 | 82 60 | |
| 0272 | STERILE SUPPLY | | | 68 | 5482 82 | |
| 0278 | SUPPLY IMPLANTS | | | 22 | 97662 00 | |
| 0300 | LABORATORY OR LAB | | | 15 | 756 75 | |
| 0320 | DX X RAY | | | 3 | 954 75 | |
| 0360 | OR SERVICES | | | 1 | 75229 10 | |
| 0370 | ANESTHESIA | | | 15 | 3851 25 | |
| 0636 | DRUGS DETAIL CODE | 90732 | | 2 | 277 04 | |
| 0710 | RECOVERY ROOM | | | 3 | 1309 50 | |
| 0771 | VACCINE ADMIN | G0009 | | 1 | 33 75 | |
| 0001 | PAGE 001 OF 001 | CREATION DATE | 021617 | TOTALS | 191744 52 | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE |
|---|---|---|---|---|---|
| A MEDICARE | | Y | Y | | |

56 NPI 1962402354
57 OTHER PRV ID 230264

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A LITTLE MAURICE | 18 | 374723080A | | |

63 TREATMENT AUTHORIZATION CODES
64 DOCUMENT CONTROL NUMBER
65 EMPLOYER NAME

66 DX: T84428A Y | M961 Y | M5416 Y | M4806 Y | R0609 Y | Z23 Y | M1990 Y | Z885 | Z880 | 68 I10
0

69 ADMIT DX T84428A
70 PATIENT REASON DX
71 PPS CODE 0460
72 ECI Y798 Y V499XXA

| 74 PRINCIPAL PROCEDURE CODE | DATE | a. OTHER PROCEDURE CODE | DATE | b. OTHER PROCEDURE CODE | DATE |
|---|---|---|---|---|---|
| 0SG00A1 | 100516 | 01NB0ZZ | 100516 | 0QP004Z | 100516 |

| c. OTHER PROCEDURE CODE | DATE | d. OTHER PROCEDURE CODE | DATE | e. OTHER PROCEDURE CODE | DATE |
|---|---|---|---|---|---|
| 4A11X4G | 100516 | | | | |

76 ATTENDING NPI 1235117524 QUAL
LAST WINGATE FIRST JEFFREY

77 OPERATING NPI 1235117524 QUAL
LAST WINGATE FIRST JEFFREY

78 OTHER NPI QUAL
LAST FIRST

79 OTHER NPI QUAL
LAST FIRST

80 REMARKS
81CC a B3 282N00000X
b
c
d

UB-04 CMS-1450 APPROVED OMB NO. NUBC National Uniform Billing Committee LIC9213257 THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

18-014385-CK   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   11/13/2018 10:48 AM   Susan Dixson

# Exhibit 3B

Susan Dixson 11/13/2018 10:48 AM WAYNE COUNTY CLERK Cathy M. Garrett 18-014385-CK FILED IN MY OFFICE

MEDICARE
P O BOX 5533
MARION IL 62959

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

1. MEDICARE [X] (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): 374723080A

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): LITTLE MAURICE L

3. PATIENT'S BIRTH DATE: 08151964 SEX: M [X] F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): LITTLE, MAURICE, L

5. PATIENT'S ADDRESS (No., Street): 1459 ANDREA STREET | CITY: YPSILANTI | STATE: MI | ZIP CODE: 48198 | TELEPHONE (Include Area Code): (313) 718 4781

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street): 1459 ANDREA STREET | CITY: YPSILANTI | STATE: MI | ZIP CODE: 48198 | TELEPHONE (Include Area Code): ( )

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial): LITTLE, MAURICE, L

9a. OTHER INSURED'S POLICY OR GROUP NUMBER

9b. RESERVED FOR NUCC USE

9c. RESERVED FOR NUCC USE

9d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) YES [ ] NO [X]
b. AUTO ACCIDENT? YES [X] NO [ ] PLACE (State) MI
c. OTHER ACCIDENT? YES [ ] NO [X]

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH: 08151964 SEX: M [X] F [ ]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: ADJ: SHERRIL KRAUSMAN

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [ ] *If yes*, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 02142015 QUAL.

15. OTHER DATE QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DK JEFFREY K WINGATE | 17a. | 17b. NPI 1134329493

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM 10052016 TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES [ ] NO [X] $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. M5416 B. M5126 C. D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | L3 L4 | | | | | | | | | | | |
| | 10052016 | 10052016 | 21 | | 22633 | | AB | 18477 00 | 1 | | NPI | 1235117524 |
| 2 | L2 | | | | | | | | | | | |
| | 10052016 | 10052016 | 21 | | 63005 | 59 | AB | 18200 00 | 1 | | NPI | 1235117524 |
| 3 | L3 | | | | | | | | | | | |
| | 10052016 | 10052016 | 21 | | 63047 | | AB | 18052 00 | 1 | | NPI | 1235117524 |
| 4 | L5 S1 | | | | | | | | | | | |
| | 10052016 | 10052016 | 21 | | 63042 | 59 | AB | 26064 00 | 2 | | NPI | 1235117524 |
| 5 | L5 S1 | | | | | | | | | | | |
| | 10052016 | 10052016 | 21 | | 22612 | | AB | 15948 00 | 1 | | NPI | 1235117524 |
| 6 | | | | | | | | | | | | |
| | 10052016 | 10052016 | 21 | | 22842 | | AB | 7740 00 | 1 | | NPI | 1235117524 |

25. FEDERAL TAX I.D. NUMBER: 462343653 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: L4111

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [X] NO [ ]

28. TOTAL CHARGE: $ 104481 00

29. AMOUNT PAID: $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JEFFREY K WINGATE
SIGNATURE ON FILE
SIGNED DATE 10182016

32. SERVICE FACILITY LOCATION INFORMATION
S E MICHIGAN SURGICAL HOSP
21230 DEQUINDRE ROAD
WARREN MI 48091-2279
a. 1750501938

33. BILLING PROVIDER INFO & PH # (248) 566 3313
SPINE PLLC
2151 WEST 14 MILE
BIRMINGHAM MI 480097260
a. 1134329493

Susan Dixson WAYNE COUNTY CLERK 11/13/2018 10:48 AM

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett

MEDICARE
P O BOX 5533
MARION IL 62959

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

1. MEDICARE [X] (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): 374723080A

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): LITTLE MAURICE L

3. PATIENT'S BIRTH DATE MM DD YY: 08151964 SEX M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial): LITTLE, MAURICE, L

5. PATIENT'S ADDRESS (No., Street): 1459 ANDREA STREET

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse Child Other

7. INSURED'S ADDRESS (No., Street): 1459 ANDREA STREET

CITY: YPSILANTI STATE: MI

8. RESERVED FOR NUCC USE

CITY: YPSILANTI STATE: MI

ZIP CODE: 48198 TELEPHONE (Include Area Code): (313) 718 4781

ZIP CODE: 48198 TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial): LITTLE, MAURICE, L

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES [X] NO

a. INSURED'S DATE OF BIRTH MM DD YY: 08151964 SEX M [X] F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [X] YES NO PLACE (State) MI

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: ADJ: SHERRIL KRAUSMAN

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY: 02142015 QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DK JEFFREY K WINGATE 17a. 17b. NPI 1134329493

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM 10052016 TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES [X] NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. M5416 B. M5126 C. D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10052016 | 10052016 | 21 | | 22851 | | AB | 4149 00 | 1 | | NPI | 1235117524 |
| 2 | L4<br>10052016 | 10052016 | 21 | | 63048 | | AB | 4320 00 | 1 | | NPI | 1235117524 |
| 3 | 10052016 | 10052016 | 21 | | 38220 | 59 | A | 1485 00 | 1 | | NPI | 1235117524 |
| 4 | 10052016 | 10052016 | 21 | | 20936 | | A | 1450 00 | 1 | | NPI | 1235117524 |
| 5 | 10052016 | 10052016 | 21 | | 20930 | | A | 1100 00 | 1 | | NPI | 1235117524 |
| 6 | 10052016 | 10052016 | 21 | | 76000 | 26 | AB | 80 00 | 1 | | NPI | 1235117524 |

25. FEDERAL TAX I.D. NUMBER: 462343653 SSN EIN [X]

26. PATIENT'S ACCOUNT NO.: L4111

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES NO

28. TOTAL CHARGE: $ 12584 00

29. AMOUNT PAID: $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JEFFREY K WINGATE
SIGNATURE ON FILE
SIGNED DATE 10182016

32. SERVICE FACILITY LOCATION INFORMATION
S E MICHIGAN SURGICAL HOSP
21230 DEQUINDRE ROAD
WARREN MI 48091-2279
a. 1750501938

33. BILLING PROVIDER INFO & PH # (248) 566 3313
SPINE PLLC
2151 WEST 14 MILE
BIRMINGHAM MI 480097260
a. 1134329493

Susan Dixson 11/13/2018 10:48 AM WAYNE COUNTY CLERK Cathy M. Garrett 18-014385-CK FILED IN MY OFFICE

FARM BUREAU
P O BOX 30100
LANSING MI 48909

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA PICA

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): 17J58079

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): LITTLE MAURICE L

3. PATIENT'S BIRTH DATE MM DD YY: 08151964 SEX M [X] F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): LITTLE, MAURICE, L

5. PATIENT'S ADDRESS (No., Street): 1459 ANDREA STREET
CITY: YPSILANTI STATE: MI
ZIP CODE: 48198 TELEPHONE (Include Area Code): (313) 718 4781

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street): 1459 ANDREA STREET
CITY: YPSILANTI STATE: MI
ZIP CODE: 48198 TELEPHONE (Include Area Code): ( )

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) [ ] YES [X] NO
b. AUTO ACCIDENT? [X] YES [ ] NO PLACE (State) MI
c. OTHER ACCIDENT? [ ] YES [X] NO
10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH MM DD YY: 08151964 SEX M [X] F [ ]
b. OTHER CLAIM ID (Designated by NUCC)
c. INSURANCE PLAN NAME OR PROGRAM NAME: ADJ: SHERRIL KRAUSMAN
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [ ] NO *If yes*, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DK JEFFREY K WINGATE
17a.
17b. NPI 1134329493

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM 05102016 TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0
A. M5416 B. M5126 C. D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05102016 | 05102016 | 22 | | 22612 | 78 | AB | 15948 00 | 1 | | NPI | 1235117524 |
| 2 | 05102016 | 05102016 | 22 | | 22842 | 78 | AB | 7740 00 | 1 | | NPI | 1235117524 |
| 3 | 05102016 | 05102016 | 22 | | 20680 | 78 | AB | 4050 00 | 1 | | NPI | 1235117524 |
| 4 | 05102016 | 05102016 | 22 | | 38220 | 59,78 | A | 1485 00 | 1 | | NPI | 1235117524 |
| 5 | 05102016 | 05102016 | 22 | | 20936 | 78 | A | 1450 00 | 1 | | NPI | 1235117524 |
| 6 | 05102016 | 05102016 | 22 | | 20930 | 78 | A | 1100 00 | 1 | | NPI | 1235117524 |

25. FEDERAL TAX I.D. NUMBER: 462343653 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: L4111

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE: $ 31773 00

29. AMOUNT PAID: $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JEFFREY K WINGATE
SIGNATURE ON FILE
SIGNED DATE 06012016

32. SERVICE FACILITY LOCATION INFORMATION
S E MICHIGAN SURGICAL HOSP
21230 DEQUINDRE ROAD
WARREN MI 48091-2279
a. 1750501938 b.

33. BILLING PROVIDER INFO & PH # (248) 566 3313
SPINE PLLC
2151 WEST 14 MILE
BIRMINGHAM MI 480097260
a. 1134329493 b.

CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

FARM BUREAU
P O BOX 30100
LANSING MI 48909

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | CARRIER

1. MEDICARE (Medicare#) / MEDICAID (Medicaid#) / TRICARE (ID#/DoD#) / CHAMPVA (Member ID#) / GROUP HEALTH PLAN (ID#) / FECA BLK LUNG (ID#) / OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): 17J58079

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): LITTLE MAURICE L

3. PATIENT'S BIRTH DATE (MM DD YY): 08151964 — SEX: M [X] F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): LITTLE, MAURICE, L

5. PATIENT'S ADDRESS (No., Street): 1459 ANDREA STREET

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street): 1459 ANDREA STREET

CITY: YPSILANTI — STATE: MI

8. RESERVED FOR NUCC USE

CITY: YPSILANTI — STATE: MI

ZIP CODE: 48198 — TELEPHONE (Include Area Code): (313) 718 4781

ZIP CODE: 48198 — TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [ ] YES [X] NO

a. INSURED'S DATE OF BIRTH (MM DD YY): 08151964 — SEX: M [X] F [ ]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [X] YES [ ] NO — PLACE (State): MI

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: ADJ: SHERRIL KRAUSMAN

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [ ] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DK JEFFREY K WINGATE — 17a. — 17b. NPI: 1134329493

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM 05102016 TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO — $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. M5416 B. M5126 C. D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05102016 | 05102016 | 22 | | 76000 | 26,78 | A | 80 00 | 1 | | NPI | 1235117524 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER: 462343653 — SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: L4111

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE: $ 80 00

29. AMOUNT PAID: $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JEFFREY K WINGATE
SIGNATURE ON FILE
SIGNED DATE 06012016

32. SERVICE FACILITY LOCATION INFORMATION
S E MICHIGAN SURGICAL HOSP
21230 DEQUINDRE ROAD
WARREN MI 48091-2279
a. 1750501938 b.

33. BILLING PROVIDER INFO & PH # (248)566 3313
SPINE PLLC
2151 WEST 14 MILE
BIRMINGHAM MI 480097260
a. 1134329493 b.

18-014385-CK FILED IN MY OFFICE WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson Cathy M. Garrett

FARM BUREAU
P O BOX 30100
LANSING MI 48909

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER X (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): 17J58079

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): LITTLE MAURICE L

3. PATIENT'S BIRTH DATE MM DD YY: 08151964 SEX M X F

4. INSURED'S NAME (Last Name, First Name, Middle Initial): LITTLE, MAURICE, L

5. PATIENT'S ADDRESS (No., Street): 1459 ANDREA STREET

6. PATIENT RELATIONSHIP TO INSURED: Self X Spouse Child Other

7. INSURED'S ADDRESS (No., Street): 1459 ANDREA STREET

CITY: YPSILANTI STATE: MI

8. RESERVED FOR NUCC USE

CITY: YPSILANTI STATE: MI

ZIP CODE: 48198 TELEPHONE (Include Area Code): (313 )718 4781

ZIP CODE: 48198 TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO X

a. INSURED'S DATE OF BIRTH MM DD YY: 08151964 SEX M X F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES X NO PLACE (State) MI

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME: ADJ: SHERRIL KRAUSMAN

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY: 02142015 QUAL. 431

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DK JEFFREY K WINGATE

17a. 17b. NPI 1134329493

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES NO X $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind 0

A. M5022 B. C. D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 10022015 | 10022015 | 11 | | 99245 | | A | 1200 00 | 1 | | NPI | 1235117524 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 462343653 SSN EIN X

26. PATIENT'S ACCOUNT NO.: L4111

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) X YES NO

28. TOTAL CHARGE $ 1200 00

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JEFFREY K WINGATE
SIGNATURE ON FILE
SIGNED DATE 04082016

32. SERVICE FACILITY LOCATION INFORMATION
SPINE PLLC
2151 EAST 14 MILE RD
BIRMINGHAM MI 48009-7260
a. 1134329493 b.

33. BILLING PROVIDER INFO & PH # (248 )566 3313
SPINE PLLC
2151 WEST 14 MILE
BIRMINGHAM MI 480097260
a. 1134329493 b.

NUCC Instruction Manual available at: www.nucc.org *PLEASE PRINT OR TYPE* CR061653 APPROVED OMB-0938-1197 FORM 1500 (02-12)

CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

FARM BUREAU
P O BOX 30100
LANSING MI 48909

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | PICA

1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER (ID#) X

1a. INSURED'S I.D. NUMBER (For Program in Item 1): 17J58079

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): LITTLE MAURICE L

3. PATIENT'S BIRTH DATE MM DD YY: 08151964 SEX M X F

4. INSURED'S NAME (Last Name, First Name, Middle Initial): LITTLE, MAURICE, L

5. PATIENT'S ADDRESS (No., Street): 1459 ANDREA STREET

6. PATIENT RELATIONSHIP TO INSURED: Self X Spouse Child Other

7. INSURED'S ADDRESS (No., Street): 1459 ANDREA STREET

CITY: YPSILANTI STATE: MI

8. RESERVED FOR NUCC USE

CITY: YPSILANTI STATE: MI

ZIP CODE: 48198 TELEPHONE (Include Area Code): (313)718 4781

ZIP CODE: 48198 TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO X

a. INSURED'S DATE OF BIRTH MM DD YY: 08151964 SEX M X F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? X YES NO PLACE (State) MI

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME: ADJ: SHERRIL KRAUSMAN

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY: 02142015 QUAL. 431

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DK JEFFREY K WINGATE

17a. 17b. NPI 1134329493

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES NO X $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. M5022 B. M25559 C. D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12112015 | 12112015 | 11 | | 99215 | | AB | 1035 00 | 1 | | NPI | 1235117524 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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 X

26. PATIENT'S ACCOUNT NO.: L4111

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) X YES NO

28. TOTAL CHARGE $ 1035 00

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JEFFREY K WINGATE
SIGNATURE ON FILE
SIGNED DATE 01032016

32. SERVICE FACILITY LOCATION INFORMATION
SPINE PLLC
2151 EAST 14 MILE RD
BIRMINGHAM MI 48009-7260
a. 1134329493 b.

33. BILLING PROVIDER INFO & PH # (248)566 3313
SPINE PLLC
2151 WEST 14 MILE
BIRMINGHAM MI 480097260
a. 1134329493 b.

NUCC Instruction Manual available at: www.nucc.org *PLEASE PRINT OR TYPE* CR061653 APPROVED OMB-0938-1197 FORM 1500 (02-12)

CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

FARM BUREAU
P O BOX 30100
LANSING MI 48909

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER (ID#) X

1a. INSURED'S I.D. NUMBER (For Program in Item 1): 17J58079

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): LITTLE MAURICE L

3. PATIENT'S BIRTH DATE: 08151964 SEX: M X

4. INSURED'S NAME (Last Name, First Name, Middle Initial): LITTLE, MAURICE, L

5. PATIENT'S ADDRESS (No., Street): 1459 ANDREA STREET

6. PATIENT RELATIONSHIP TO INSURED: Self X

7. INSURED'S ADDRESS (No., Street): 1459 ANDREA STREET

CITY: YPSILANTI STATE: MI

8. RESERVED FOR NUCC USE

CITY: YPSILANTI STATE: MI

ZIP CODE: 48198 TELEPHONE (Include Area Code): (313 )718 4781

ZIP CODE: 48198 TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO X

a. INSURED'S DATE OF BIRTH: 08151964 SEX: M X F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES X NO PLACE (State) MI

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME: ADJ: SHERRIL KRAUSMAN

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 02142015 QUAL. 431

15. OTHER DATE QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DK JEFFREY K WINGATE 17a. 17b. NPI 1134329493

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES X NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. M5416 B. M5126 C. D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| # | 24. A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03222016 | 03222016 | 21 | | 22633 | | A | 18477 00 | 1 | | NPI | 1235117524 |
| 2 | 03222016 | 03222016 | 21 | | 63042 | 59, 50 | A | 2606 00 | 1 | | NPI | 1235117524 |
| 3 | 03222016 | 03222016 | 21 | | 22830 | | AB | 8064 00 | 1 | | NPI | 1235117524 |
| 4 | 03222016 | 03222016 | 21 | | 22842 | 59 | AB | 7740 00 | 1 | | NPI | 1235117524 |
| 5 | 03222016 | 03222016 | 21 | | 22852 | 59 | AB | 5236 00 | 1 | | NPI | 1235117524 |
| 6 | 03222016 | 03222016 | 21 | | 22634 | | AB | 10080 00 | 2 | | NPI | 1235117524 |

25. FEDERAL TAX I.D. NUMBER: 462343653 SSN EIN X

26. PATIENT'S ACCOUNT NO.: L4111

27. ACCEPT ASSIGNMENT? X YES NO

28. TOTAL CHARGE: $ 75661 00

29. AMOUNT PAID: $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JEFFREY K WINGATE
SIGNATURE ON FILE
SIGNED DATE 04082016

32. SERVICE FACILITY LOCATION INFORMATION
S E MICHIGAN SURGICAL HOSP
21230 DEQUINDRE ROAD
WARREN MI 48091-2279
a. 1750501938 b.

33. BILLING PROVIDER INFO & PH # (248 )566 3313
SPINE PLLC
2151 WEST 14 MILE
BIRMINGHAM MI 480097260
a. 1134329493 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE CR061653 APPROVED OMB-0938-1197 FORM 1500 (02-12)

CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

FARM BUREAU
P O BOX 30100
LANSING MI 48909

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER: X (ID#)
1a. INSURED'S I.D. NUMBER (For Program in Item 1): 17J58079

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): LITTLE MAURICE L
3. PATIENT'S BIRTH DATE: 08151964 SEX: M X
4. INSURED'S NAME (Last Name, First Name, Middle Initial): LITTLE, MAURICE, L

5. PATIENT'S ADDRESS (No., Street): 1459 ANDREA STREET
6. PATIENT RELATIONSHIP TO INSURED: Self X
7. INSURED'S ADDRESS (No., Street): 1459 ANDREA STREET

CITY: YPSILANTI STATE: MI
8. RESERVED FOR NUCC USE
CITY: YPSILANTI STATE: MI

ZIP CODE: 48198 TELEPHONE (Include Area Code): (313) 718 4781
ZIP CODE: 48198 TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous): NO X
a. INSURED'S DATE OF BIRTH: 08151964 SEX: M X

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT?: YES X PLACE (State): MI
b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT?: NO X
c. INSURANCE PLAN NAME OR PROGRAM NAME: ADJ: SHERRIL KRAUSMAN

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. CLAIM CODES (Designated by NUCC)
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES / NO *If yes*, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED: SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 02142015 QUAL. 431
15. OTHER DATE: QUAL.
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DK JEFFREY K WINGATE
17a. 17b. NPI: 1134329493
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)
20. OUTSIDE LAB?: NO X $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0
A. M5416 B. M5126 C. D. E. F. G. H. I. J. K. L.
22. RESUBMISSION CODE ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03222016 | 03222016 | 21 | | 22612 | | AB | 1594800 | 1 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 22851 | | AB | 1244700 | 3 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 63044 | 50 | AB | 300600 | 1 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 20680 | 59 | A | 405000 | 1 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 38220 | 59 | A | 148500 | 1 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 20936 | | A | 145000 | 1 | | NPI | 1235117524 |

25. FEDERAL TAX I.D. NUMBER: 462343653 SSN EIN: X
26. PATIENT'S ACCOUNT NO.: L4111
27. ACCEPT ASSIGNMENT? (For govt. claims, see back): X YES
28. TOTAL CHARGE: $ 3838600
29. AMOUNT PAID: $ 000
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JEFFREY K WINGATE
SIGNATURE ON FILE
SIGNED DATE 04082016

32. SERVICE FACILITY LOCATION INFORMATION
S E MICHIGAN SURGICAL HOSP
21230 DEQUINDRE ROAD
WARREN MI 48091-2279
a. 1750501938 b.

33. BILLING PROVIDER INFO & PH # (248) 566 3313
SPINE PLLC
2151 WEST 14 MILE
BIRMINGHAM MI 480097260
a. 1134329493 b.

CARRIER / PATIENT AND INSURED INFORMATION / PHYSICIAN OR SUPPLIER INFORMATION

18-014385-CK FILED IN MY OFFICE WAYNE COUNTY CLERK 11/13/2018 10:48 AM Cathy M. Garrett Susan Dixson

FARM BUREAU
P O BOX 30100
LANSING MI 48909

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): 17J58079

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): LITTLE MAURICE L

3. PATIENT'S BIRTH DATE (MM DD YY): 08151964 SEX: M [X] F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): LITTLE, MAURICE, L

5. PATIENT'S ADDRESS (No., Street): 1459 ANDREA STREET
CITY: YPSILANTI STATE: MI
ZIP CODE: 48198 TELEPHONE (Include Area Code): (313 )718 4781

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street): 1459 ANDREA STREET
CITY: YPSILANTI STATE: MI
ZIP CODE: 48198 TELEPHONE (Include Area Code): ( )

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
a. OTHER INSURED'S POLICY OR GROUP NUMBER
b. RESERVED FOR NUCC USE
c. RESERVED FOR NUCC USE
d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) [ ] YES [X] NO
b. AUTO ACCIDENT? [X] YES [ ] NO PLACE (State) MI
c. OTHER ACCIDENT? [ ] YES [X] NO
10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH (MM DD YY): 08151964 SEX: M [X] F [ ]
b. OTHER CLAIM ID (Designated by NUCC)
c. INSURANCE PLAN NAME OR PROGRAM NAME: ADJ: SHERRIL KRAUSMAN
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [ ] NO *If yes,* complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) (MM DD YY): 02142015 QUAL. 431

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DK JEFFREY K WINGATE
17a.
17b. NPI 1134329493

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0
A. M5416 B. M5126 C. D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From (MM DD YY) | To (MM DD YY) | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03222016 | 03222016 | 21 | | 20930 | | A | 1100 00 | 1 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 76000 | 26 | A | 80 00 | 1 | | NPI | 1235117524 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 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

26. PATIENT'S ACCOUNT NO.: L4111

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1180 00

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JEFFREY K WINGATE
SIGNATURE ON FILE
SIGNED DATE 04082016

32. SERVICE FACILITY LOCATION INFORMATION
S E MICHIGAN SURGICAL HOSP
21230 DEQUINDRE ROAD
WARREN MI 48091-2279
a. 1750501938 b.

33. BILLING PROVIDER INFO & PH # (248 )566 3313
SPINE PLLC
2151 WEST 14 MILE
BIRMINGHAM MI 480097260
a. 1134329493 b.

CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

Susan Dixson 11/13/2018 10:48 AM WAYNE COUNTY CLERK Cathy M. Garrett 18-014385-CK FILED IN MY OFFICE

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [illegible]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [illegible]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [illegible]E, MAURICE, L

5. PATIENT'S ADDRESS (No., Street): 1459 ANDREA STREET

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse Child Other

7. INSURED'S ADDRESS (No., Street): 1459 ANDREA STREET

CITY: YPSILANTI STATE: MI

8. RESERVED FOR NUCC USE

CITY: YPSILANTI STATE: MI

ZIP CODE: 48198 TELEPHONE (Include Area Code): ( 734 ) [illegible]

ZIP CODE: 48198 TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO [X]

a. INSURED'S DATE OF BIRTH MM DD YY: 05151964 SEX: M [X] F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: ADJ: MARK BIANCHI (800) 223 889[illegible]

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED: SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY: [illegible] QUAL. [illegible]

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DK [illegible]

17a. 17b. NPI: 1134329493

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind.

A. [illegible] B. [illegible] C. D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03222016 | 03222016 | 21 | | 22851 | | AB | 1244 00 | 3 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 63044 | 50 | AB | 9018 00 | 3 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 38220 | 59 | A | 1485 00 | 1 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 20936 | | A | 1430 00 | 1 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 20937 | | A | 1100 00 | 1 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | [illegible] | 26 | A | 80 00 | 1 | | NPI | 1235117524 |

25. FEDERAL TAX I.D. NUMBER SSN EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES NO

28. TOTAL CHARGE $ [illegible]

29. AMOUNT PAID $ [illegible]

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION: WARREN MI 48093 [illegible]

a. b.

33. BILLING PROVIDER INFO & PH # ( ): BIRMINGHAM MI 480097260

a. 1134329491 b.

CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

Susan Dixson 11/13/2018 10:48 AM WAYNE COUNTY CLERK Cathy M. Garrett FILED IN MY OFFICE 18-014385-CK

FARM BUREAU
LANSING MI

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE MM DD YY SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial): ..., MAURICE, ...

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED: Self Spouse Child Other

7. INSURED'S ADDRESS (No., Street): ... ANDREA STREET

CITY: YPSILANTI STATE: MI

8. RESERVED FOR NUCC USE

ZIP CODE TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: ADJ: MARK BIANCHI (8..) 223 ...

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNATURE ON FILE

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNATURE ON FILE

SIGNED

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL

15. OTHER DATE QUAL MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a. 17b. NPI 1134323493

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind.

A. B. C. D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03222016 | 03222016 | 21 | | 22633 | | A | 1847700 | 1 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 63042 | 59,50 | A | 2606400 | 1 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 22849 | | AB | 1502300 | 1 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 22830 | 59 | AB | 604400 | 1 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 22852 | 59 | AB | 533800 | 1 | | NPI | 1235117524 |
| 03222016 | 03222016 | 21 | | 22634 | | AB | 1000000 | 2 | | NPI | 1235117524 |

25. FEDERAL TAX I.D. NUMBER SSN EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES NO

28. TOTAL CHARGE $

29. AMOUNT PAID $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

32. SERVICE FACILITY LOCATION INFORMATION

33. BILLING PROVIDER INFO & PH # ( )
BIRMINGHAM MI 480097260
1134323493

SIGNED DATE a. b. a. b.

18-014385-CK   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   11/13/2018 10:48 AM   Susan Dixson

# Exhibit 3C

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

Report Date: 4/11/2018 SUMMIT MEDICAL GROUP PLLC Page: 1

Patient Visit Report - From 05/09/2016 To 05/09/2017 - Office: -- All -- - Provider: Won Chae, MD - Insurance: All - Patient ID: 56235052

| Date of Service | POS | CPT | A | B | C | D | Days or Units | Charges | Insurance Payment | Patient Payment | Adj. | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient: LITTLE, MAURICE | | | | | | | Patient ID: 56235052 | | | Sex: M | DOB: 8/15/1964 | |
| Insurance: Farm Bureau | | | | | | | | Provider: Won Chae, MD | | | Office: | |
| 6/29/2016 | 11 | 73502 | RT | | | | 1 | $140.00 | $0.00 | $0.00 | $0.00 | $140.00 |
| | | Sub Total: | | | | | | **$140.00** | **$0.00** | **$0.00** | **$0.00** | **$140.00** |
| Patient: LITTLE, MAURICE | | | | | | | Patient ID: 56235052 | | | Sex: M | DOB: 8/15/1964 | |
| Insurance: Farm Bureau | | | | | | | | Provider: Won Chae, MD | | | Office: | |
| 7/17/2016 | 11 | 72100 | | | | | 1 | $130.00 | $0.00 | $0.00 | $0.00 | $130.00 |
| | | Sub Total: | | | | | | **$130.00** | **$0.00** | **$0.00** | **$0.00** | **$130.00** |
| Patient Count: 1 | | | | | | | Report Total: | **$270.00** | **$0.00** | **$0.00** | **$0.00** | **$270.00** |

18-014385-CK   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   11/13/2018 10:48 AM   Susan Dixson

# Exhibit 3D

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

# SUMMIT MEDICAL GROUP

**Individual Patient Balance Form**

| | |
|---|---|
| Release date through | 04/11/18 |
| Name: | Maurice Little |
| Date of Birth: | 08/15/64 |

Department Balances (By Taxpayer Identification Number)

| TIN: | Department: | Balance: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 80058968 | SMG- Dr. Jankowski | $117,219.00 |
| | SMG- Dr. Jankowski Rx | $3,821.50 |
| | **Summit Medical Group - TOTAL** | **$121,040.50** |
| | | |
| | | |
| 80058968 | SMG-Physical Therapy | **$4,700.00** |

**COMBINED TOTAL** (From All Tax Entities): **$138,306.50**

*Please request all billing ledgers from SMG Lead Contacts 48 hours prior to all settlement conferences.
*Balances may change all the time as treatment may be ongoing.
*Please notify lead contacts ASAP if future benefits are going to be released.

SMG Lead Contacts

| Name | Contact Details: |
|---|---|
| T. Weaver | (Phone) 313.581.3255 (Fax) 313.581.3755 (Email) tweaver@summitgroupmd.com |
| L. Maracle | (Phone) 313.334.388 (Fax) 313.334.4318 (Email) lmaracle@summitgroupmd.com |

18-014385-CK   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   11/13/2018 10:48 AM   Susan Dixson

# Exhibit 3E

18-014385-CK FILED IN MY OFFICE WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson Cathy M. Garrett

| Statement Date |
|---|
| May 4, 2015 |

Getter Done Medical Transportation L.L.C
P.O. Box 862
Dearborn Heights, MI 48127
T: (248) 430-4831 F: (248) 430-4832

**EIN: 27-4539683**
**Claim No.: 0001522918**

To Whom It May Concern:
**Re: Maurice Little**
Enclosed is the medical transportation billing.

| DOS | Pick-up Location | Drop-off Location | Mileage | Charge | Round Trip | Type of Visit |
|---|---|---|---|---|---|---|
| 03-04-15 | 1459 Andrea Ypsilanti, MI 48198 | 8560 N Silvery Ln Dearborn Heights, MI 48127 | 48 | $150.00 | YES | MRI |
| 03-11-15 | 1459 Andrea Ypsilanti, MI 48198 | 1678 Merriman Rd Westland, MI 48186 | 34 | $95.00 | YES | Dr. Lemer |
| 03-13-15 | 1459 Andrea Ypsilanti, MI 48198 | 1678 Merriman Rd Westland, MI 48186 | 34 | $95.00 | YES | Dr. Lemer |

Additional drop off location(s) is an additional charge of $32.50

- $65.00 Flat rate (0.1 Miles – 20 Miles)
- $95.00 Flat Rate (21Miles – 45 Miles)
- $150.00 Flat Rate (46Miles – Up to 75 Miles)

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

| Statement Date | Inv. # |
|---|---|
| 4/13/2016 | 413163 |

Getter Done Transportation L.L.C.
P.O. Box 15
Hazel Park, MI 48030
Billing Telephone: (248) 946-1919
Email: getterdonetrans.royaloak@gmail.com

**EIN:** 27- 4539683
**Patient Name: MAURICE LITTLE**
**Claim No.:** 17J58079
**Insurer: FARM BUREAU**
PO Box 3011, Lansing MI 48909

To Whom It May Concern:
Enclosed is new and outstanding medical transportation billing.

| DOS | Pick - up Location | Drop - off Location | Mileage | Charge | Round Trip | Type of Visit | Inv. # |
|---|---|---|---|---|---|---|---|
| 5/29/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 1678 Merriman Rd., Westland, MI 48186 | 29.8 | $95.00 | YES | Physical Therapy | NEW - 413163 |
| 6/3/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 1678 Merriman Rd., Westland, MI 48186 | 29.8 | $95.00 | YES | Physical Therapy | NEW - 413163 |
| 6/5/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 1678 Merriman Rd., Westland, MI 48186 | 29.8 | $95.00 | YES | Physical Therapy | NEW - 413163 |
| 6/8/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 1678 Merriman Rd., Westland, MI 48186 | 29.8 | $95.00 | YES | Physical Therapy | NEW - 413163 |
| 6/10/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 1678 Merriman Rd., Westland, MI 48186 | 29.8 | $95.00 | YES | Office Visit | NEW - 413163 |
| 6/12/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 1678 Merriman Rd., Westland, MI 48186 | 29.8 | $95.00 | YES | Physical Therapy | NEW - 413163 |
| 6/15/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 1678 Merriman Rd., Westland, MI 48186 | 29.8 | $95.00 | YES | Physical Therapy | NEW - 413163 |
| 6/17/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 1678 Merriman Rd., Westland, MI 48186 | 29.8 | $95.00 | YES | Physical Therapy | NEW - 413163 |
| 6/22/15 | 27207 Lahser Southfield, MI 48034 | 1459 Andrea St., Ypsilanti, MI 48198 | 33.1 | $95.00 | NO | Physical Therapy | NEW - 413163 |
| 6/22/15 | 1678 Merriman Rd., Westland, MI 48186 | 27207 Lahser Southfield, MI 48034 | 18.2 | $32.50 | NO | Physical Therapy | NEW - 413163 |
| 6/22/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 1678 Merriman Rd., Westland, MI 48186 | 14.9 | $32.50 | NO | Physical Therapy | NEW - 413163 |

18-014385-CK   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   11/13/2018 10:48 AM   Susan Dixson

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/25/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 6/29/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 6/30/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 7/2/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 7/6/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 7/7/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 8560 N. Silvery Lane, Dearborn Heights, MI 48127 | 49 | $150.00 | YES | MRI | NEW - 413163 |
| 7/8/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 7/9/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 8560 N. Silvery Lane, Dearborn Heights, MI 48127 | 24.5 | $95.00 | NO | Office Visit | NEW - 413163 |
| 7/9/15 | 8560 N. Silvery Lane, Dearborn Heights, MI 48127 | 27207 Lahser Southfield, MI 48034 | 10.9 | $32.50 | NO | Physical Therapy | NEW - 413163 |
| 7/10/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 8560 N. Silvery Lane, Dearborn Heights, MI 48127 | 49 | $150.00 | YES | MRI | NEW - 413163 |
| 7/13/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 7/14/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 33.1 | $95.00 | NO | Physical Therapy | NEW - 413163 |
| 7/14/15 | 27207 Lahser Southfield, MI 48034 | 8560 N. Silvery Lane, Dearborn Heights, MI 48127 | 10.9 | $32.50 | NO | Office Visit | NEW - 413163 |
| 7/14/15 | 8560 N. Silvery Lane, Dearborn Heights, MI 48127 | 1459 Andrea St., Ypsilanti, MI 48198 | 24.5 | $95.00 | NO | Office Visit | NEW - 413163 |
| 7/15/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 7/20/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 7/22/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 7/23/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |

18-014385-CK FILED IN MY OFFICE WAYNE COUNTY CLERK 11/13/2018 10:48 AM Cathy M. Garrett Susan Dixson

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/27/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 7/28/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 7/29/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 7/31/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 8/5/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 26025 Lahser Rd., Southfield, MI 48033 | 66.8 | $150.00 | YES | Office Visit | NEW - 413163 |
| 9/2/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 9/8/15 | 33000 Annapolis Ave., Wayne, MI 48184 | 27207 Lahser Southfield, MI 48034 | 23 | $95.00 | NO | Physical Therapy | NEW - 413163 |
| 9/8/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 33000 Annapolis Ave., Wayne, MI 48184 | 14 | $32.50 | NO | Office Visit | NEW - 413163 |
| 9/8/15 | 27207 Lahser Southfield, MI 48034 | 1459 Andrea St., Ypsilanti, MI 48198 | 33.1 | $95.00 | NO | Physical Therapy | NEW - 413163 |
| 9/11/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 9/18/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 9/21/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 9/22/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 18101 Oakwood, Dearborn, MI 48124 | 44.2 | $95.00 | YES | CT Scan | NEW - 413163 |
| 9/23/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 9/25/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 9/29/15 | 27207 Lahser Southfield, MI 48034 | 1459 Andrea St., Ypsilanti, MI 48198 | 33.1 | $95.00 | NO | Physical Therapy | NEW - 413163 |
| 9/29/15 | 33000 Annapolis Ave., Wayne, MI 48184 | 27207 Lahser Southfield, MI 48034 | 23 | $95.00 | NO | Physical Therapy | NEW - 413163 |
| 9/29/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 33000 Annapolis Ave., Wayne, MI 48184 | 14 | $32.50 | NO | Office Visit | NEW - 413163 |

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/30/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 10/2/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 33.1 | $95.00 | NO | Physical Therapy | NEW - 413163 |
| 10/2/15 | 27207 Lahser Southfield, MI 48034 | 8560 N. Silvery Lane, Dearborn Heights, MI 48127 | 10.9 | $32.50 | NO | Office Visit | NEW - 413163 |
| 10/2/15 | 8560 N. Silvery Lane, Dearborn Heights, MI 48127 | 1459 Andrea St., Ypsilanti, MI 48198 | 24.5 | $95.00 | NO | Physical Therapy | NEW - 413163 |
| 10/5/15 | 8560 N. Silvery Lane, Dearborn Heights, MI 48127 | 27207 Lahser Southfield, MI 48034 | 10.9 | $32.50 | NO | Physical Therapy | NEW - 413163 |
| 10/5/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 8560 N. Silvery Lane, Dearborn Heights, MI 48127 | 24.5 | $95.00 | NO | Office Visit | NEW - 413163 |
| 10/5/15 | 27207 Lahser Southfield, MI 48034 | 1459 Andrea St., Ypsilanti, MI 48198 | 33.1 | $95.00 | NO | Physical Therapy | NEW - 413163 |
| 10/7/15 | 1459 Andrea St., Ypsilanti, MI 48198 | 27207 Lahser Southfield, MI 48034 | 66.2 | $150.00 | YES | Physical Therapy | NEW - 413163 |
| 2/19/16 | 41472 Archwood, Belleville, MI 48111 | 8560 N. Silvery Lane, Dearborn Heights, MI 48127 | 35 | $95.00 | YES | Office Visit | NEW - 413163 |

| | |
|---|---|
| Total New Billing: | $6,250.00 |
| Total Previous Billing: | $0.00 |
| **Total Amount Outstanding:** | **$6,250.00** |

Additional drop off location(s) is an additional charge of $32.50

- $65.00 Flat Rate (0.1 Miles - 20 Miles)
- $95.00 Flat Rate (21 Miles - 45 Miles)
- $150.00 Flat Rate (46 Miles - Up to 75 Miles)

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

| Statement Date | Inv. # |
|---|---|
| 5/26/2016 | 525165 |

Getter Done Transportation L.L.C.
P.O. Box 15
Hazel Park, MI 48030
Billing Telephone: (248) 946-1919
Email: getterdonetrans.royaloak@gmail.com

**EIN:** 27- 4539683
**Patient Name: MAURICE LITTLE**
**Claim No.:** 17J58079
**Insurer: FARM BUREAU**
PO Box 3011, Lansing MI 48909

To Whom It May Concern:
Enclosed is new and outstanding medical transportation billing.

| DOS | Pick - up Location | Drop - off Location | Mileage | Charge | Round Trip | Type of Visit | Inv. # |
|---|---|---|---|---|---|---|---|
| 03/11/16 | 1459 Andrea St, Ypsilanti, MI 48198 | 8560 N Silvery Ln, Dearborn Heights, MI 48127 | 49 | $150.00 | YES | MRI | 525165 |

| | |
|---|---|
| Total New Billing: | $150.00 |
| Total Previous Billing: | $6,250.00 |
| **Total Amount Outstanding:** | **$6,400.00** |

Additional drop off location(s) is an additional charge of $32.50

- $65.00 Flat Rate (0.1 Miles - 20 Miles)
- $95.00 Flat Rate (21 Miles - 45 Miles)
- $150.00 Flat Rate (46 Miles - Up to 75 Miles)

18-014385-CK FILED IN MY OFFICE WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson Cathy M. Garrett

| Statement Date | Inv. # |
|---|---|
| 1/10/2017 | 110171 |

Getter Done Transportation L.L.C.
P.O. Box 15
Hazel Park, MI 48030
Billing Telephone: (248) 946-1919
Email: getterdonetrans.royaloak@gmail.com

**EIN:** 27- 4539683
**Patient Name: MAURICE LITTLE**
**Claim No.:** 17J58079
**Insurer: FARM BUREAU**
PO Box 3011, Lansing MI 48909

To Whom It May Concern:
Enclosed is new and outstanding medical transportation billing.

| DOS | Pick - up Location | Drop - off Location | Mileage | Charge | Round Trip | Type of Visit | Inv. # |
|---|---|---|---|---|---|---|---|
| 07/14/16 | 1459 Andrea St, Ypsilanti, MI 48198 | 33000 Annapolis Ave, Wayne, MI 48184 | 28 | $95.00 | YES | PHYS THERAPY | 110171 |
| 07/18/16 | 1459 Andrea St, Ypsilanti, MI 48198 | 33000 Annapolis Ave, Wayne, MI 48184 | 28 | $95.00 | YES | PHYS THERAPY | 110171 |
| 07/26/16 | 1459 Andrea St, Ypsilanti, MI 48198 | 33000 Annapolis Ave, Wayne, MI 48184 | 28 | $95.00 | YES | PHYS THERAPY | 110171 |
| 07/28/16 | 1459 Andrea St, Ypsilanti, MI 48198 | 33000 Annapolis Ave, Wayne, MI 48184 | 28 | $95.00 | YES | PHYS THERAPY | 110171 |
| 08/23/16 | 1459 Andrea St, Ypsilanti, MI 48198 | 33000 Annapolis Ave, Wayne, MI 48184 | 28 | $95.00 | YES | PHYS THERAPY | 110171 |

| | |
|---|---|
| Total New Billing: | $475.00 |
| Total Previous Billing: | $6,400.00 |
| **Total Amount Outstanding:** | **$6,875.00** |

Additional drop off location(s) is an additional charge of $32.50

- $65.00 Flat Rate (0.1 Miles - 20 Miles)
- $95.00 Flat Rate (21 Miles - 45 Miles)
- $150.00 Flat Rate (46 Miles - Up to 75 Miles)

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

| Statement Date | Inv. # |
|---|---|
| 5/7/2017 | 507172 |

Getter Done Transportation L.L.C.
P.O. Box 15
Hazel Park, MI 48030
Billing Telephone: (248) 946-1919
Email: getterdonetrans.royaloak@gmail.com

**EIN:** 27- 4539683
**Patient Name: MAURICE LITTLE**
**Claim No.:** 17J58079
**Insurer: FARM BUREAU**
PO Box 3011, Lansing MI 48909

To Whom It May Concern:
Enclosed is new and medical transportation billing.

| DOS | Pick - up Location | Drop - off Location | Mileage | Charge | Round Trip | Type of Visit | Inv. # |
|---|---|---|---|---|---|---|---|
| 08/23/16 | 1459 Andrea St, Ypsilanti, MI 48198 | 33000 Annapolis Ave, Wayne MI 48184 | 28 | $150.00 | YES | Office Visit | 507172 |
| 11/22/16 | 33000 Annapolis Ave, Wayne MI 48184 | 1459 Andrea St, Ypsilanti, MI 48198 | 14 | $90.00 | NO | Office Visit | 507172 |

| | |
|---|---|
| Total New Billing: | $240.00 |
| Total Previous Billing: | $6,400.00 |
| **Total Amount Outstanding:** | **$6,640.00** |

Additional drop off location(s) is an additional charge of $45.00

- $90.00 Flat Rate (0.1 Miles - 20 Miles)
- $150.00 Flat Rate (21 Miles - 45 Miles)
- $210.00 Flat Rate (46 Miles - Up to 75 Miles)

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

# Exhibit 3F

18-014385-CK FILED IN MY OFFICE WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson Cathy M. Garrett

| Account: MAURICE LITTLE, 396119 | | | | | Demographics Transactions Comments |
|---|---|---|---|---|---|
| P Bal | I Bal | W Bal | C Bal | Total | New Search Cancel Help |
| .00 | .00 | .00 | .00 | .00 | |

Search criteria: CRA; Account: 396119; All; Payer Status: All; Pymt Status: All; Detail; Sort by: Date of Service, Ascending; Separate Open and Paid; Exclude Corrections, ATR0;

Change Search

**Transactions**

| Charge # | Date | Patient | Prov | POS | Trans/Mod | Pri Dx | Amount | P/A Total | Due | Due From |
|---|---|---|---|---|---|---|---|---|---|---|
| 343654 | 09/08/2015 | MAURICE | KCL | OFF | 73510 | 71595 | 140.00 | 140.00 | .00 | FAR7/IO |
| Adj | 09/08/2015 | | | | ATTY | | | 140.00 | | |
| 343658 | 09/08/2015 | MAURICE | KCL | OFF | 99243 | 71595 | 500.00 | 500.00 | .00 | FAR7/IO |
| Adj | 09/08/2015 | | | | ATTY | | | 500.00 | | |
| 343652 | 09/29/2015 | MAURICE | KCL | OFF | 99213 | 71595 | 250.00 | 250.00 | .00 | FAR7/IO |
| Adj | 09/29/2015 | | | | ATTY | | | 250.00 | | |
| 343655 | 10/21/2015 | MAURICE | KCL | ANNOP | 27130/RT | 71525/M166 | 4980.00 | 4980.00 | .00 | FAR7/IO |
| Adj | 10/21/2015 | | | | ATTY | | | 4980.00 | | |
| 343657 | 10/28/2015 | MAURICE | KCL | OFF | 97110 | 71945/M25551 | 110.00 | 110.00 | .00 | FAR7/IO |
| Adj | 10/28/2015 | | | | ATTY | | | 110.00 | | |
| 343659 | 10/28/2015 | MAURICE | KCL | OFF | 97001 | 71945/M25551 | 260.00 | 260.00 | .00 | FAR7/IO |
| Adj | 10/28/2015 | | | | ATTY | | | 260.00 | | |
| 343660 | 10/28/2015 | MAURICE | KCL | OFF | 97014 | 71945/M25551 | 75.00 | 75.00 | .00 | FAR7/IO |
| Adj | 10/28/2015 | | | | ATTY | | | 75.00 | | |
| 343661 | 10/28/2015 | MAURICE | KCL | OFF | 97010 | 71945/M25551 | 40.00 | 40.00 | .00 | FAR7/IO |
| Adj | 10/28/2015 | | | | ATTY | | | 40.00 | | |
| 343662 | 11/02/2015 | MAURICE | KCL | OFF | 97110 | 71945/M25551 | 220.00 | 220.00 | .00 | WSTI/IO |
| Adj | 11/02/2015 | | | | ATTY | | | 220.00 | | |
| 343663 | 11/02/2015 | MAURICE | KCL | OFF | 97140 | 71945/M25551 | 220.00 | 220.00 | .00 | FAR7/IO |
| Adj | 11/02/2015 | | | | ATTY | | | 220.00 | | |
| 343664 | 11/02/2015 | MAURICE | KCL | OFF | 97014 | 71945/M25551 | 75.00 | 75.00 | .00 | WSTI/IO |
| Adj | 11/02/2015 | | | | ATTY | | | 75.00 | | |
| 344746 | 11/03/2015 | MAURICE | KCL | OFF | 99024/NC | 71525/M166 | .00 | .00 | .00 | FAR7/IO |
| 344747 | 11/03/2015 | MAURICE | KCL | OFF | 73510 | 71525/M166 | 140.00 | 140.00 | .00 | FAR7/IO |
| Adj | 11/03/2015 | | | | ATTY | | | 140.00 | | |
| 343665 | 11/06/2015 | MAURICE | KCL | OFF | 97110 | 71945/M25551 | 220.00 | 220.00 | .00 | WSTI/IO |
| Adj | 11/06/2015 | | | | ATTY | | | 220.00 | | |
| 343666 | 11/06/2015 | MAURICE | KCL | OFF | 97140 | 71945/M25551 | 110.00 | 110.00 | .00 | FAR7/IO |
| Adj | 11/06/2015 | | | | ATTY | | | 110.00 | | |
| 343667 | 11/06/2015 | MAURICE | KCL | OFF | 97014 | 71945/M25551 | 75.00 | 75.00 | .00 | FAR7/IO |
| Adj | 11/06/2015 | | | | ATTY | | | 75.00 | | |
| 343668 | 11/06/2015 | MAURICE | KCL | OFF | 97010 | 71945/M25551 | 40.00 | 40.00 | .00 | FAR7/IO |
| Adj | 11/06/2015 | | | | ATTY | | | 40.00 | | |
| 343669 | 11/09/2015 | MAURICE | KCL | OFF | 97110 | 71945/M25551 | 220.00 | 220.00 | .00 | WSTI/IO |
| Adj | 11/09/2015 | | | | ATTY | | | 220.00 | | |

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 343670 | 11/09/2015 MAURICE KCL | OFF | 97140 | 71945/M25551 | 220.00 | 220.00 | .00 FAR7/IO |
| | Adj 11/09/2015 | | ATTY | | | 220.00 | |
| 343671 | 11/09/2015 MAURICE KCL | OFF | 97014 | 71945/M25551 | 75.00 | 75.00 | .00 FAR7/IO |
| | Adj 11/09/2015 | | ATTY | | | 75.00 | |
| 343672 | 11/11/2015 MAURICE KCL | OFF | 97110 | 71945/M25551 | 220.00 | 220.00 | .00 FAR7/IO |
| | Adj 11/11/2015 | | ATTY | | | 220.00 | |
| 343673 | 11/11/2015 MAURICE KCL | OFF | 97140 | 71945/M25551 | 220.00 | 220.00 | .00 FAR7/IO |
| | Adj 11/11/2015 | | ATTY | | | 220.00 | |
| 343674 | 11/11/2015 MAURICE KCL | OFF | 97014 | 71945/M25551 | 75.00 | 75.00 | .00 FAR7/IO |
| | Adj 11/11/2015 | | ATTY | | | 75.00 | |
| 343675 | 11/16/2015 MAURICE KCL | OFF | 97110 | 71945/M25551 | 110.00 | 110.00 | .00 WSTI/IO |
| | Adj 11/16/2015 | | ATTY | | | 110.00 | |
| 343676 | 11/16/2015 MAURICE KCL | OFF | 97140 | 71945/M25551 | 110.00 | 110.00 | .00 WSTI/IO |
| | Adj 11/16/2015 | | ATTY | | | 110.00 | |
| 343677 | 11/16/2015 MAURICE KCL | OFF | 97112 | 71945/M25551 | 120.00 | 120.00 | .00 FAR7/IO |
| | Adj 11/16/2015 | | ATTY | | | 120.00 | |
| 343678 | 11/16/2015 MAURICE KCL | OFF | 97014 | 71945/M25551 | 75.00 | 75.00 | .00 FAR7/IO |
| | Adj 11/16/2015 | | ATTY | | | 75.00 | |
| 343679 | 11/16/2015 MAURICE KCL | OFF | 97010 | 71945/M25551 | 40.00 | 40.00 | .00 FAR7/IO |
| | Adj 11/16/2015 | | ATTY | | | 40.00 | |
| 341494 | 11/17/2015 MAURICE KCS | OFF | 99024/NC | 71525/M166 | .00 | .00 | .00 WSTI/IO |
| 344756 | 12/03/2015 MAURICE KCL | OFF | 99213 | 71945/M25551 | 250.00 | 250.00 | .00 FAR7/IO |
| | Adj 12/03/2015 | | ATTY | | | 250.00 | |
| 344757 | 12/03/2015 MAURICE KCL | OFF | 73510 | 71945/M25551 | 140.00 | 140.00 | .00 FAR7/IO |
| | Adj 12/03/2015 | | ATTY | | | 140.00 | |
| 343322 | 12/21/2015 MAURICE KCL | SIMI | 27134/78RT | 72810/M619 | 6630.00 | 6630.00 | .00 FAR7/IO |
| | Adj 12/21/2015 | | ATTY | | | 6630.00 | |
| 343323 | 12/21/2015 MAURICE KCL | SIMI | 27062/7859 | 72810/M619 | 1510.00 | 1510.00 | .00 FAR7/IO |
| | Adj 12/21/2015 | | ATTY | | | 1510.00 | |
| 347094 | 01/19/2016 MAURICE KCL | OFF | 99024/NC | 71525/M166 | .00 | .00 | .00 FAR7/IO |
| 347095 | 01/19/2016 MAURICE KCL | OFF | 73502/RT | 71525/M166 | 140.00 | 140.00 | .00 FAR7/IO |
| | Adj 01/19/2016 | | ATTY | | | 140.00 | |
| 347252 | 02/23/2016 MAURICE KCL | OFF | 99213/25 | 71945/M25551 | 250.00 | 250.00 | .00 FAR7/IO |
| | Adj 02/23/2016 | | ATTY | | | 250.00 | |
| 347253 | 02/23/2016 MAURICE KCL | OFF | 73565 | 71945/M25551 | 130.00 | 130.00 | .00 FAR7/IO |
| | Adj 02/23/2016 | | ATTY | | | 130.00 | |
| 347254 | 02/23/2016 MAURICE KCL | OFF | 20611/RT | 71945/M25551 | 900.00 | 900.00 | .00 FAR7/IO |
| | Adj 02/23/2016 | | ATTY | | | 900.00 | |
| 347255 | 02/23/2016 MAURICE KCL | OFF | J0702 | 71945/M25551 | 70.00 | 70.00 | .00 FAR7/IO |
| | Adj 02/23/2016 | | ATTY | | | 70.00 | |
| 347256 | 02/23/2016 MAURICE KCL | OFF | 73502/RT | 7177/M2241 | 140.00 | 140.00 | .00 FAR7/IO |
| | Adj 02/23/2016 | | ATTY | | | 140.00 | |
| 348953 | 03/08/2016 MAURICE KCL | OFF | 99213 | 7177/M2241 | 250.00 | 250.00 | .00 FAR7/IO |
| | Adj 03/08/2016 | | ATTY | | | 250.00 | |
| 349255 | 03/17/2016 MAURICE KCL | OFF | 99213 | 71946/M25561 | 250.00 | 250.00 | .00 FAR7/IO |

18-014385-CK FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Adj 03/17/2016 | | ATTY | | | 250.00 | | |
| 352499 04/26/2016 MAURICE KCL | OFF | 99214 | 71946/M25562 | 370.00 | 370.00 | .00 | FAR7/IO |
| Adj 04/26/2016 | | ATTY | | | 370.00 | | |
| 352500 04/26/2016 MAURICE KCL | OFF | 73502/RT | 71945/M25551 | 140.00 | 140.00 | .00 | FAR7/IO |
| Adj 04/26/2016 | | ATTY | | | 140.00 | | |
| 352501 04/26/2016 MAURICE KCL | OFF | 73560/RT | 71946/M25562 | 110.00 | 110.00 | .00 | FAR7/IO |
| Adj 04/26/2016 | | ATTY | | | 110.00 | | |
| 352502 04/26/2016 MAURICE KCL | OFF | 73560/LT | 71946/M25562 | 110.00 | 110.00 | .00 | FAR7/IO |
| Adj 04/26/2016 | | ATTY | | | 110.00 | | |
| 354117 05/17/2016 MAURICE CLT | OFF | 99213 | 71946/M25561 | 250.00 | 250.00 | .00 | FAR7/IO |
| Adj 05/17/2016 | | ATTY | | | 250.00 | | |
| 355431 06/16/2016 MAURICE CLT | OFF | 99213 | 71946/M25561 | 250.00 | 250.00 | .00 | FAR7/IO |
| Adj 06/16/2016 | | ATTY | | | 250.00 | | |
| 355432 06/16/2016 MAURICE CLT | OFF | 73502/RT | 72810/M619 | 140.00 | 140.00 | .00 | FAR7/IO |
| Adj 06/16/2016 | | ATTY | | | 140.00 | | |
| 356610 07/07/2016 MAURICE CLT | OFF | 99213 | 71525/M166 | 250.00 | 250.00 | .00 | FAR7/IO |
| Adj 07/07/2016 | | ATTY | | | 250.00 | | |
| 357056 07/12/2016 MAURICE SLT | OFF | 97001 | 71945/M25551 | 260.00 | 260.00 | .00 | FAR7/IO |
| Adj 07/20/2016 | | ATTY | | | 260.00 | | |
| 357057 07/12/2016 MAURICE SLT | OFF | 97110 | 71945/M25551 | 110.00 | 110.00 | .00 | FAR7/IO |
| Adj 07/20/2016 | | ATTY | | | 110.00 | | |
| 357058 07/14/2016 MAURICE SLT | OFF | 97110 | 71945/M25551 | 220.00 | 220.00 | .00 | FAR7/IO |
| Adj 07/20/2016 | | ATTY | | | 220.00 | | |
| 357059 07/14/2016 MAURICE SLT | OFF | 97140 | 71945/M25551 | 220.00 | 220.00 | .00 | FAR7/IO |
| Adj 07/20/2016 | | ATTY | | | 220.00 | | |
| 357060 07/14/2016 MAURICE SLT | OFF | 97014 | 71945/M25551 | 75.00 | 75.00 | .00 | FAR7/IO |
| Adj 07/20/2016 | | ATTY | | | 75.00 | | |
| 357719 07/18/2016 MAURICE CLT | OFF | 97110 | 71945/M25551 | 220.00 | 220.00 | .00 | FAR7/IO |
| Adj 07/18/2016 | | ATTY | | | 220.00 | | |
| 357720 07/18/2016 MAURICE CLT | OFF | 97140 | 71945/M25551 | 110.00 | 110.00 | .00 | FAR7/IO |
| Adj 07/18/2016 | | ATTY | | | 110.00 | | |
| 357721 07/18/2016 MAURICE CLT | OFF | G0283 | 71945/M25551 | 75.00 | 75.00 | .00 | FAR7/IO |
| Adj 07/18/2016 | | ATTY | | | 75.00 | | |
| 358019 07/26/2016 MAURICE CLT | OFF | 97110 | 71945/M25551 | 220.00 | 220.00 | .00 | FAR7/IO |
| Adj 07/26/2016 | | ATTY | | | 220.00 | | |
| 358020 07/26/2016 MAURICE CLT | OFF | 97140 | 71945/M25551 | 110.00 | 110.00 | .00 | FAR7/IO |
| Adj 07/26/2016 | | ATTY | | | 110.00 | | |
| 358021 07/26/2016 MAURICE CLT | OFF | 97014 | 71945/M25551 | 75.00 | 75.00 | .00 | FAR7/IO |
| Adj 07/26/2016 | | ATTY | | | 75.00 | | |
| 358329 07/28/2016 MAURICE CLT | OFF | 99213 | 71525/M166 | 250.00 | 250.00 | .00 | FAR7/IO |
| Adj 07/28/2016 | | ATTY | | | 250.00 | | |
| | | **Totals** | | **23165.00** | **23165.00** | **.00** | |

62 matches found

4/26/16

7/12/16

.ED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 11/13/2018 10:48 AM Susan Dixson

Kevin T Crawford, D.O., PC

## Patient Procedure Summary

MAURICE LITTLE (14461)

| DOS | Description | Expected | Charges | Adjust | Receipts | Pat. Balance | Ins. Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|
| | MAURICE LITTLE | | | | | | | |
| 08/11/2016 | 99213 - OFFICE/OP VISIT, EST PT, 2 KEY COMPONENTS: EXPAND PROB HX; EXPAN | - | 250.00 | - | - | - | 250.00 | 250.00 |
| 08/23/2016 | 99213 - OFFICE/OP VISIT, EST PT, 2 KEY COMPONENTS: EXPAND PROB HX; EXPAN | - | 250.00 | - | - | - | 250.00 | 250.00 |
| 08/23/2016 | E0747 - Elec osteogen stim not spine | - | 6,500.00 | - | - | - | 6,500.00 | 6,500.00 |
| 11/22/2016 | 73502 - RADEX HIP UNILATERAL WITH PELVIS 2-3 VIEWS | - | 140.00 | - | - | - | 140.00 | 140.00 |
| 11/22/2016 | 73560 - RADIOLOGIC EXAM, KNEE; 1/2 VIEWS | - | 110.00 | - | - | - | 110.00 | 110.00 |
| 11/22/2016 | 73565 - RADIOLOGIC EXAM, KNEE; BOTH KNEES, STANDING, ANTEROPOSTERIOR | - | 130.00 | - | - | - | 130.00 | 130.00 |
| 11/22/2016 | 99214 - OFFICE/OP VISIT, EST PT, 2 KEY COMPONENTS: DETAILED HX; DETAILED EXAM; MED DECISION MOD COMPLEXITY | - | 370.00 | - | - | - | 370.00 | 370.00 |
| 11/22/2016 | L1833 - Ko adj jnt pos r sup pre ols | - | 950.00 | - | - | - | 950.00 | 950.00 |
| 07/13/2017 | 73502 - RADEX HIP UNILATERAL WITH PELVIS 2-3 VIEWS | - | 140.00 | - | - | - | 140.00 | 140.00 |
| 07/13/2017 | 99213 - OFFICE/OP VISIT, EST PT, 2 KEY COMPONENTS: EXPAND PROB HX; EXPAN | - | 250.00 | - | - | - | 250.00 | 250.00 |
| 08/17/2017 | 72170 - RADIOLOGIC EXAM, PELVIS; 1 OR 2 VIEWS | - | 100.00 | - | - | - | 100.00 | 100.00 |
| 08/17/2017 | 99213 - OFFICE/OP VISIT, EST PT, 2 KEY COMPONENTS: EXPAND PROB HX; EXPAN | - | 250.00 | - | - | - | 250.00 | 250.00 |
| 03/06/2018 | 73502 - RADEX HIP UNILATERAL WITH PELVIS 2-3 VIEWS | - | 140.00 | - | - | - | 140.00 | 140.00 |
| 03/13/2018 | 99213 - OFFICE/OP VISIT, EST PT, 2 KEY COMPONENTS: EXPAND PROB HX; EXPAN | - | 250.00 | - | - | - | 250.00 | 250.00 |
| | | - | 9,830.00 | - | - | - | 9,830.00 | 9,830.00 |

SPG - $20,429
DOPC - $12,566

$32,995

4/11/2018 10:19:18 AM