UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOUTHEAST MICHIGAN SURGICAL
HOSPITAL, LLC, *et al.*,

        Plaintiff,                                  Case No. 18-13895

v.                                                   Honorable Nancy G. Edmunds

MAURICE LITTLES,                       Magistrate Judge David R. Grand

        Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING APRIL 9, 2022 REPORT AND RECOMMENDATION [72] ON DEFENDANT'S RENEWED MOTION FOR DISMISSAL, OR ALTERNATIVELY ADJOURNENT OF SCHEDULING ORDER DATES [67]

Presently before the Court is the Magistrate Judge's April 9, 2022 Report and Recommendation. (ECF No. 72.) The Magistrate Judge recommends the Court grant in part and deny in part Defendant's Renewed Motion for Dismissal. (ECF No. 67.) Specifically, the Magistrate Judge recommends the Court grant Defendant's motion to the extent it seeks dismissal of Plaintiff Getter Done Transportation LLC's claims, and deny Defendant's motion to the extent it seeks dismissal of the remaining Plaintiffs' claims. (ECF No. 72, PageID.3050.) The Magistrate Judge further recommends that the scheduling order in this case be modified to allow for the depositions of Allie Galovich and Karley Vencelov or 30(b)(6) witnesses to be completed on or before June 7, 2022, and to allow dispositive motions to be filed until July 8, 2022. (*Id.*)

No party filed objections to the Report and Recommendation. "[T]he failure to object to the magistrate judge's report[ ] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich.

1

Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nevertheless, the Court has reviewed the record and the pleadings. The Court agrees with the Magistrate Judge's recommendations.

Accordingly, the Magistrate Judge's Report and Recommendation (ECF No. 67) is hereby **ACCEPTED AND ADOPTED**. Defendant Maurice Littles' Renewed Motion for Dismissal is **GRANTED IN PART** to the extent it seeks dismissal of Plaintiff Getter Done Transportation, LLC's claims; and **DENIED IN PART** to the extent it seeks dismissal of the remaining Plaintiffs' claims. **IT IS FURTHER ORDERED** that the scheduling order in this case be modified so as to allow for the depositions of Allie Galovich and Karley Vencelov or 30(b)(6) witnesses to be completed on or before **June 7, 2022**, and to allow dispositive motions to be filed until **July 8, 2022**

SO ORDERED.

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: April 27, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 27, 2022, by electronic and/or ordinary mail.

s/ Lisa Bartlett
Case Manager