UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOUTHEAST MICHIGAN
SURGICAL HOSPITAL, LLC, *et al.*,

           Plaintiffs,        Civil Action No. 18-13895

v.        Nancy G. Edmunds
       United States District Judge

MAURICE LITTLE,        David R. Grand
       United States Magistrate Judge

           Defendant.
_____/

### REPORT AND RECOMMENDATION TO DENY DEFENDANT'S RENEWED MOTION FOR DISMISSAL (ECF No. 74)

Before the Court is a Renewed Motion for Dismissal filed by Defendant Maurice Littles ("Defendant") on June 28, 2022. (ECF No. 74). On September 6, 2022, Plaintiffs Summit Medical Group, PLLC, Summit Physicians Group, PLLC, and Kevin T. Crawford, D.O., P.C. (collectively "Plaintiffs") filed a response to this motion. (ECF No. 78). No reply was filed.

On July 13, 2022, an Order of Reference was entered referring Defendant's motion to the undersigned. (ECF No. 76). Oral argument was held on September 19, 2022.

For the detailed reasons set forth on the record, **IT IS RECOMMENDED** that Defendant's Renewed Motion for Dismissal **(ECF No. 74)** be **DENIED**. As

agreed on the record, however, each side shall be permitted to file a motion for summary judgment. Such motions must be filed on or before **October 17, 2022**.

| | |
|---|---|
| Dated: September 19, 2022<br>Ann Arbor, Michigan | s/David R. Grand<br>DAVID R. GRAND<br>United States Magistrate Judge |

## **NOTICE TO THE PARTIES REGARDING OBJECTIONS**

Within 14 days after being served with a copy of this Report and Recommendation, any party may serve and file specific written objections to the proposed findings and recommendations set forth above. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d)(1). Failure to timely file objections constitutes a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140, (1985); *United States v. Sullivan,* 431 F.3d 976, 984 (6th Cir. 2005). Only specific objections to this Report and Recommendation will be preserved for the Court's appellate review; raising some objections but not others will not preserve all objections a party may have. *See Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987); *see also Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006). Copies of any objections must be served upon the Magistrate Judge. *See* E.D. Mich. LR 72.1(d)(2).

A party may respond to another party's objections within 14 days after being served with a copy. *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. §636(b)(1). Any such

2

response should be concise, and should address specifically, and in the same order raised, each issue presented in the objections.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 19, 2022.

                                                   s/Eddrey O. Butts
                                                   EDDREY O. BUTTS
                                                   Case Manager