UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOUTHEAST MICHIGAN
SURGICAL HOSPITAL, LLC, *et al.*,

      Plaintiffs,

v.

MAURICE LITTLE,

      Defendant.

_____/

Case No. 18-cv-13895

Nancy G. Edmunds
United States District Judge

David R. Grand
United States Magistrate Judge

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [79]**

This matter is before the Court on the Magistrate Judge's September 19, 2022 report and recommendation. (ECF No. 79.)  The Magistrate Judge recommends that the Court deny Defendant's Renewed Motion for Dismissal. (ECF No. 74.) No objections have been filed. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). Nevertheless, the Court has reviewed Defendant's motion and finds it agrees with the Magistrate Judge's recommendation.

1

The Court therefore **ACCEPTS and ADOPTS** the Magistrate Judge's report and recommendation (ECF No. 79), and **DENIES** Defendant's Renewed Motion for Dismissal (ECF No. 74).

**SO ORDERED.**

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: October 5, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 5, 2022, by electronic and/or ordinary mail.

        s/Lisa Bartlett
        Case Manager